IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

| | | |
|---|---|---|
| DONNA M. TRUSKY, ASHA JEFFRIES, GAYNELL COLE on behalf of themselves and all others similarly situated,<br><br>                Plaintiffs,<br>vs<br><br>GENERAL MOTORS COMPANY<br>300 Renaissance Center<br>Detroit, MI 48243<br><br>                Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Case No. 2:11-cv-12815<br><br>HON. SEAN F. COX |

## STIPULATION AND ORDER EXTENDING DEADLINE

The Court being advised that Plaintiffs and Defendant, by their undersigned counsel, have stipulated and agreed that the deadline for Plaintiffs to file a Response to Defendant's Motion to Dismiss can be extended from the current deadline of October 24, 2011 to November, 21, 2011, as evidenced by the signature of undersigned counsel:

**IT IS HEREBY ORDERED** that the deadline for Plaintiffs to file their Response to Defendant's Motion to Dismiss is extended to November 21, 2011.

**SO ORDERED**


Dated:  October 24, 2011                                          s/ Sean F. Cox
                                                                                          Sean F. Cox
                                                                                          U. S. District Judge

## SO STIPULATED

| | |
|---|---|
| **Fink + Associates Law** | **Dykema Gossett, PLLC** |
| By: /s/ David H. Fink | By: /s/ Benjamin W. Jeffers (w/ consent) |
| David H. Fink (P28235) | Benjamin W. Jeffers (P57161) |
| Darryl Bressack (P67820) | Michael P. Cooney (P39405) |
| 100 West Long Lake Rd., Suite 111 | 400 Renaissance Center |
| Bloomfield Hills, Michigan 48304 | Detroit, Michigan 48243 |
| Telephone: (248) 971-2500 | Telephone: (313) 568-5340 |
| dfink@finkandassociateslaw.com | bjeffers@dykema.com |
| *Attorneys for Plaintiffs* | *Attorneys for Defendant* |