# UNITED STATES DISTRICT COURT
# IN THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

DONNA M. TRUSKY on behalf of Herself
and all others similarly situated,

       Plaintiff,                      Case No. 2:11-cv-12815-SFC-LJM

vs.                                      Honorable Sean F. Cox

GENERAL MOTORS COMPANY

       Defendant.

| David H. Fink (P28235) | Michael P. Cooney (P39405) |
|---|---|
| Darryl Bressack (P67820) | Benjamin W. Jeffers (P57161) |
| Attorneys for Plaintiffs | Attorneys for Defendant |
| Fink + Associates Law | Dykema Gossett PLLC |
| 100 West Long Lake Rd., Suite 111 | 400 Renaissance Center |
| Bloomfield Hills, MI 48304 | Detroit, MI 48243 |
| (248) 971-2500 | (313) 568-5340 |
| dfink@finkandassociateslaw.com | bjeffers@dykema.com |
| | mcooney@dykema.com |

**DEFENDANT'S RESPONSE TO PLAINTIFFS' MOTION TO TRANSFER VENUE TO THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK PURSUANT TO 28 U.S.C. § 1412**

**RESPONSE**

Although General Motors LLC f/k/a General Motors Company ("New GM"), does not agree with all of the assertions of the Plaintiffs offered in support of their Motion to Transfer, New GM does not object to the transfer of this matter.

DYKEMA GOSSETT PLLC

By: s/ Benjamin W. Jeffers
Benjamin W. Jeffers (P57161)
Michael P. Cooney (P39405)
Attorneys for Defendant
Dykema Gossett PLLC
400 Renaissance Center
Detroit, MI 48243
(313) 568-5340
bjeffers@dykema.com
mcooney@dykema.com

Dated: January 31, 2012

1

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 31, 2012, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system, which will send notification of such filing to the attorneys of record in this matter.

DYKEMA GOSSETT PLLC

By: /s/ Benjamin W. Jeffers
Benjamin W. Jeffers (P57161)
Michael P. Cooney (P39405)
Attorneys for Defendant
Dykema Gossett PLLC
400 Renaissance Center
Detroit, MI 48243
(313) 568-5340
bjeffers@dykema.com
mcooney@dykema.com

Dated: January 31, 2012

DET01\1000461.1
ID\BWJ - 106069/0301

2